UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
GUILLERMO DAVID NAVARRO            Case No.: 15-10301-SMG
                                                                       Chapter 13
           Debtor(s).
_____/

## DEBTOR'S MOTION TO DEEM MORTGAGE CURRENT

COME(S) NOW the Debtor(s), GUILLERMO DAVID NAVARRO, by and through the undersigned attorney, and moves this court to deem mortgage of Creditor BSI Financial Services as Servicer for McCormick 110, LLC as current and would state as follows:

1. This case was initially filed as a Chapter 7 on January 7, 2015, and subsequently converted to Chapter 13 on July 21, 2015.

2. The initial plan was confirmed on September 1, 2016, and is essentially a cure and maintain plan of the first mortgage on the Debtor's homestead property located at 411 Fairmont Lane, Weston, FL 33326.  Creditor, BSI Financial Services as Servicer for McCormick 110, LLC (hereinafter referred to as "BSI"), is the holder of the first mortgage on the homestead, and is currently receiving payment through the chapter 13 plan.

3. The plan has been modified several times, most recently the Eighth Modified Plan, which was confirmed on May 24, 2018.

4. Pursuant to the Eighth Modified Plan, BSI is to receive regular monthly mortgage payments in the total amount of $172,612.98, and arrears in the amount of $73,136.66.  In addition, BSI filed several Notices of Mortgage Payment Change during the plan term.  Counsel for the Debtor calculates that the total of the regular

contractual payments due through the plan pursuant to the Notices of Mortgage Payment Change is $170,909.89, ***which is $1,703.09 less than creditor received from the Chapter 13 Trustee***. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Chapter 13 Trustee's payment ledger which reflects that BSI has received disbursements in full.

5. Based upon the foregoing, the Debtor's mortgage was due for September 1, 2020 in the current monthly amount of $2,883.59. Debtor has already remitted this amount directly to creditor. Creditor is currently sending monthly statements directly to counsel for the Debtor. Attached hereto as <u>Exhibit B</u> is a copy of the September, 2020 statement.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order: (1) deeming Debtor's mortgage current and due for $2,883.59 on September 1, 2020; (2) directing BSI Financial Services as Servicer for McCormick 110, LLC to accept Debtor's payments; (3) directing BSI Financial Services as Servicer for McCormick 110, LLC to send monthly mortgage statements directly to the Debtor; (4) directing BSI Financial Services as Servicer for McCormick 110, LLC to credit the Debtor's account in the overpayment amount of $1,703.09; and providing such other and further relief as the Court may deem just and proper.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion, Modified Plan and Notice of Hearing subsequently generated by the court after the filing of the instant motion was served in the manner described below, on   September 10, 2020  , upon:

<u>Via CM/ECF:</u>

Kevin C Gleason, Esq on behalf of Defendant Guillermo David Navarro
kgpaecmf@aol.com

Christopher J Hoertz on behalf of Creditor BSI Financial Services
bk@garysingerlaw.com, garysingerlawbk@gmail.com

Christopher J Hoertz on behalf of Creditor BSI Financial Services as servicer for McCormick 110, LLC
bk@garysingerlaw.com, garysingerlawbk@gmail.com

Katherine Jay on behalf of Plaintiff Pedro Marcial Cerrato Sabillon
jay@kjaylaw.com

Gerard M Kouri Jr., Esq on behalf of Creditor Pedro Marcial Cerrato Sabillon
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Gerard M Kouri Jr., Esq on behalf of Plaintiff Pedro Marcial Cerrato Sabillon
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Austin M Noel on behalf of Creditor Toyota Motor Credit Corporation
amnoel@firstam.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Damaris D Rosich-Schwartz on behalf of U.S. Trustee Office of the US Trustee
Damaris.D.Rosich-Schwartz@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

*Law Offices of*
NOWACK & OLSON, PLLC
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

/s/ Christian J. Olson
CHRISTIAN J. OLSON, ESQ.
Florida Bar Number: 121436