**Main Report**

# Modification Ledger

**Date: September 09, 2020**

**Debtors(s):** Guillermo David Navarro

**Case No.:** 15-10301-SMG

| | | | |
|---|---|---|---|
| Petition Filed: | Tue, Jul 21, 2015 | Attorney Name: | Christian J. Olson, Esquire |
| Date Confirmed: | Thu, Aug 11, 2016 | Atty. Fee in Plan: | $15,125.00 |
| Receipts Less Refunds: | $306,187.92 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $0.00 | Atty. Paid to Date: | $15,125.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| American Amicable | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of America | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of America | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of America | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of America | U | $1,690.09 | $29.55 | $54.95 | $0.00 |
| Bank of America, N.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Barclays Bank Delaware | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Billy Basu | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Chris Zanyk | U | $0.00 | $0.00 | $0.00 | $0.00 |
| CT Corporation System | a | $0.00 | $0.00 | $0.00 | $0.00 |
| Fia Card Serv | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Fitness 21 | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Gerard M. Kouri, Jr. Esquire | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Horacio Gomez Junco | K | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Kevin C. Gleason, Esquire | | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Firm of Gary M. Singer, P.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Mario Ahued | U | $0.00 | $0.00 | $0.00 | $0.00 |
| McCormick 110, LLC | M | $73,136.66 | $0.00 | $73,136.66 | $14,209.43 |
| McCormick 110, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| McCormick 110, LLC | R | $172,612.98 | $0.00 | $172,612.98 | $38,710.35 |
| McCormick 110, LLC | U | $37,983.78 | $664.17 | $1,235.02 | $0.00 |
| Michael Groff, President | a | $0.00 | $0.00 | $0.00 | $0.00 |
| Pedro Cerrato | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Pedro Marcial Cerrato | U | $217,682.00 | $3,806.40 | $7,077.70 | $0.00 |
| Pra Receivables Management, LLC | U | $1,934.26 | $33.82 | $62.89 | $0.00 |
| Pyod, LLC | U | $730.64 | $12.77 | $23.76 | $0.00 |
| Robert Fix, President | a | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/HH Gregg | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Toyota Motor Credit Corp | O | $0.00 | $0.00 | $0.00 | $0.00 |
| Toyota Motor Credit Corporation | G | $0.00 | $0.00 | $0.00 | $0.00 |
| Toyota Motor Credit Corporation | N | $0.00 | $0.00 | $0.00 | $0.00 |
| United States Treasury | T | $18,684.29 | $0.00 | $18,684.29 | $5,505.63 |
| United States Treasury | U | $352.82 | $6.17 | $11.47 | $0.00 |
| Veripro Solutions, Inc. | S | $0.00 | $0.00 | $0.00 | $0.00 |
| Veripro Solutions, Inc. | U | $81,068.63 | $1,417.52 | $2,635.91 | $0.00 |
| West Lake Maintenance Assoc | D | $0.00 | $0.00 | $0.00 | $0.00 |