# BSI Financial Services

**Mortgage Statement**

STATEMENT DATE: 08/17/20
Property Address: 411 FAIRMONT LANE, WESTON FL 33326

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Customer Care: 866-581-4495
https://myloanweb.com/BSI

147672-2.7 1 2921-1.1 1oz



CHRISTIAN J. OLSON, ESQ.
RE: GUILLERMO D NAVARRO
8551 SUNRISE BLVD. SUITE 208
PLANTATION FL 33322

| Account Number: | 655548 |
|---|---|
| Post-Petition Payment Date: | 09/01/20 |
| Post-Petition Payment Amount: | $2,883.59 |

ACH Status: Not Active
This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---:|
| Principal: | $860.26 |
| Interest: | $1,083.11 |
| Escrow (Taxes and/or Insurance): | $940.22 |
| **Regular Monthly Payment:** | **$2,883.59** |
| Total Fees and Other Charges: | $0.00 |
| Past Unpaid Post-Petition Amounts | $-1,983.86 |
| **Total Amount Owed Post-Petition** | **$899.73** |

### Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $288,618.46 | Total Deferred Balance: | $159,628.13 |
| Interest Rate (Until May 2038): | 4.62500% | Prepayment Penalty: | NO |
| Escrow Balance: | $19,739.35 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

### Transaction Activity (07/21/20 to 08/17/20)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 08/17/20 | Payment | $2,837.55 | $815.16 | $1,128.21 | $894.18 | $0.00 | $0.00 |
| 08/17/20 | Payment | $2,858.13 | $818.30 | $1,125.07 | $914.76 | $0.00 | $0.00 |
| 08/17/20 | Payment | $2,858.13 | $821.45 | $1,121.92 | $914.76 | $0.00 | $0.00 |
| 08/17/20 | Payment | $2,858.13 | $824.62 | $1,118.75 | $914.76 | $0.00 | $0.00 |
| 08/17/20 | Payment | $2,858.13 | $827.80 | $1,115.57 | $914.76 | $0.00 | $0.00 |
| 08/17/20 | Payment | $41.24 | $0.00 | $0.00 | $0.00 | $0.00 | $41.24 |
| 08/17/20 | Payment | $5,253.26 | $0.00 | $0.00 | $5,253.26 | $0.00 | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---:|---:|
| Principal | $4,107.33 | $12,088.73 |
| Interest | $5,609.52 | $17,061.82 |
| Escrow (Taxes and/or Insurance) | $9,806.48 | $29,162.83 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $41.24 | $-599.34 |
| **Total** | **$19,564.57** | **$57,714.04**** |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### Pre-Petition Arrearage Payment

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $5,253.26 | $72,894.88 | $241.78 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

### Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

### Important Messages

Keep upper portion for your records. See reverse for important information.

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Customer Care: 866-581-4495
https://myloanweb.com/BSI

**Account Number:** 658548
**Property Address:** 411 FAIRMONT LANE, WESTON FL 33326

CHRISTIAN J. OLSON, ESQ.
RE: GUILLERMO D NAVARRO
8551 SUNRISE BLVD. SUITE 208
PLANTATION FL 33322

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

0000658548 0000364171 56

---

Please return this portion with your payment

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

**Payment Amount**

| | |
|---|---|
| Post-Petition Payment Date: | 09/01/20 |
| Post-Petition Payment Amount: | $2,883.59 |

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $ _____
Additional Escrow: $ _____

**Total Amount Enclosed**    $ _____

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

1462